UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SAMANTHA TAMARA KENNY PEREZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------X

**ORDER**

20 Civ. 00513 (KMK)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

    On July 14, 2020, defendant filed a motion for judgment on the pleadings.

    Plaintiff's opposition to the motion, if any, was due 60 days thereafter. To date, no opposition to the motion has been filed.

    In recognition of the fact that plaintiff is proceeding *pro se*, plaintiff is granted an additional 30 days, until **December 2, 2020** to file any opposition she chooses to submit.

    If plaintiff does not oppose defendant's motion, this Court will decide the motion based solely on defendant's submission.

Dated: November 2, 2020
       White Plains, New York

**SO ORDERED.**

PAUL E. DAVISON, U.S.M.J.

Chambers mailed a copy of this Order to:
Samantha Tamara Kenny Perez
144 Elm Street
Staten Island, NY 10310