# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SAMANTHA TAMARA KENNY PEREZ,

                     Plaintiff,                    20 **CIVIL** 513 (KMK)

     -against-                      **JUDGMENT**

ANDREW SAUL,
Commissioner, Social Security Administration,

                     Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 29, 2021, the Report & Recommendation, dated January 29, 2021, is adopted in its entirety, and the Defendant's Motion for Judgment on the Pleadings is granted; accordingly, this case is closed.

**Dated:** New York, New York
          March 29, 2021

                                               **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                          **BY:**

                                                 **Deputy Clerk**